[Cite as *Rodriguez v. State Hwy. Patrol*, 2011-Ohio-1948.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

ARSENIO RODRIGUEZ

      Plaintiff

      v.

Case No. 2010-08837-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL     STATE HIGHWAY PATROL


{¶ 1} On September 3, 2010, defendant filed a motion to dismiss, stating this claim was paid by Ohio Department of Administrative Services. On July 28, 2010, check no. 14737124 in the amount of $125.96, was sent to plaintiff as a full and final release of the claim against defendant. Plaintiff has not responded to defendant's motion to dismiss. R.C. 2743.02(D) in pertinent part states: "Recoveries against the state shall be reduced by the aggregate of insurance proceeds, disability award, or other collateral recovery received by the claimant." Upon review, the court finds that the money received by plaintiff is a recovery from a collateral source. Accordingly, defendant's motion is GRANTED and plaintiff's case is DISMISSED. The court shall absorb the court costs for this claim in excess of the filing fee.


_____
DANIEL R. BORCHERT
Deputy Clerk


cc:

Arsenio Rodriguez
12717 Matherson Avenue
Cleveland, Ohio 44135

Bridget Coontz
Assistant Attorney General
Counsel, Ohio Highway Patrol

1970 West Broad Street
Columbus, Ohio  43223

DRB/laa
FILED 1/28/111
Sent to S.C. reporter 4/15/11